**Order filed April 9, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00799-CR
_____

### JAIME HERNANDEZ VIDAL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 209th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1160815**

## ORDER

Appellant filed a notice of appeal on August 31, 2012. In this appeal, appellant is represented by retained counsel, **George O. Jacobs.** The clerk's record was filed December 27, 2012, and it contains the trial court's order finding that appellant is not indigent and is required to pay the costs of his appeal. No reporter's record has been filed. Jennifer Slessinger, the court reporter for this case, informed this court that appellant had not made payment arrangements for preparation of the reporter's record. The clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record

unless appellant provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no response. Accordingly, on January 17, 2013, we ordered counsel to file a brief without the benefit of the reporter's record on or before February 19, 2013.

On February 28, 2013, appellant filed a motion requesting an extension of time to file the reporter's record and appellant's brief. In the motion, appellant's counsel stated that a deposit had been paid for preparation of the record. We granted the extension of time until **April 1, 2013.** The reporter's record has not been filed, and appellant has not filed a brief.

On April 3, 2013, the court reporter, Jennifer Slessinger, advised this court that final payment has not been made for preparation of the record. She included a copy of her request for payment of the balance for the record stating that she would require an additional two weeks after final payment is made to complete and file the record.

Accordingly, we issue the following order:

We **ORDER** appellant to make final payment for preparation of the reporter's record by **April 26, 2013,** and to provide this court with proof of payment by that date. The reporter's record shall then be due on or before **May 13, 2013,** and appellant's brief shall be due **thirty days** after the reporter's record has been filed. If appellant fails to pay for preparation of the record and provide proof thereof as ordered herein, the court will again order appellant to file a brief in the appeal without the benefit of the reporter's record. *See* Tex. R. App. P. 37.3(c).

PER CURIAM